No. 10,917.

*JOHN GIBBINS, *Appellant,* v. V. V. ADAMSON, as County Treasurer, etc., et al., *Appellees.*

Error from the court of appeals, northern department. Opinion filed December 11, 1897. Affirmed. (For opinion of court of appeals see 5 Kan. App. 90, 48 Pac. 871.)

*Charles Hayden,* and *Sidney Hayden,* both of Holton, for the appellant.

*R. G. Robinson, C. F. Hurrel,* and *H. F. Graham,* all of Holton, for the appellees.

*Per Curiam:* We are entirely satisfied with the opinion of the court of appeals on the questions therein discussed. The note was properly taxable at the residence of the plaintiff, and he was the person properly chargeable with taxes on it. On the general subject of the situs of credits for the purposes of taxation see *Kingman Co. v. Leonard,* 57 Kan. 531, 46 Pac. 960. The other questions argued in the brief for the plaintiff fall within the rules declared in *Life Association v. Hill,* 51 Kan. 636, 33 Pac. 300.

The judgment is affirmed.

* NOTE—This case was not reported in full when the case was decided (see 58 Kan. 818), and is reported here because it was cited in the case of *Kimball Co. v. Shawnee County,* ante, p. 302.